**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: CONDEMNATION BY THE CITY OF | : | No. 22 MAL 2024 |
| PHILADELPHIA OF THE AIRPORT | : | |
| BUSINESS CENTER, TINICUM | : | |
| TOWNSHIP, DELAWARE COUNTY | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| PETITION OF: CITY OF PHILADELPHIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2024, the Petition for Allowance of Appeal is

**GRANTED.** The issue as stated by Petitioner, is:

(1)    Did the Commonwealth Court fail to follow the express terms of the Eminent Domain Code and the Rules of Appellate Procedure, as well as controlling precedent from this Court's decision in *Commonwealth v. Hession*, 242 A.2d 432 (Pa. 1968), when it quashed an appeal as of right from a final order confirming the report of a board of viewers by relying on how the trial court labelled its order rather than the substance of the order?